UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMIE L. KRYZAK,**

    **Plaintiff,**

    v.          Case No. 2:14-cv-2020
                 **JUDGE GREGORY L. FROST**
                 Magistrate Judge Terence P. Kemp

**GRAEBEL COMPANIES, INC., et al.,**

    **Defendants.**

## ORDER

On November 3, 2015, Plaintiff Jamie L. Kryzak filed a motion to dismiss with prejudice all claims against Defendant Graebel Companies, Inc. (ECF No. 59.) The Court **GRANTS** the motion, dismisses the claims with prejudice, and directs the Clerk to enter judgment accordingly. The third-party claims of Graebel Companies, Inc. against William Kryzak, II remain pending.

    **IT IS SO ORDERED.**

                                           /s/ Gregory L. Frost
                                           GREGORY L. FROST
                                           UNITED STATES DISTRICT JUDGE